IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CALVIN DEWAYNE FINLEY, III**                                                                                        **PLAINTIFF**

v.                                        Case No. 4:23-cv-395-JM

**FRESH MARKET**                                                                                                         **DEFENDANT**

### ORDER

On May 11, 2023, I screened Plaintiff Calvin Finley's amended complaint (Doc. 5) and accompanying pleading (Doc. 8). (Doc. 10). In response to the Court's Order, Finley file a "Response to Order," which the Clerk of Court filed as a motion for leave to file second amended complaint. (Doc. 11). In the document, Finley clearly attempts to supplement his facts to revive claims dismissed during screening; however, he does so in a cursory fashion—meaning he did not re-allege each and every claim originally pleaded. "It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect." *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000). Thus, were the Court to allow Finley to amend his complaint with the draft provided, it would result in abandonment of his claims– a result it is clear Finley does not intend. Accordingly, Finley's motion to file a second amended complaint (Doc. 11) is DENIED.

Finley's motion for default judgment (Doc. 15) is DENIED. Defendant has timely answered.

IT IS SO ORDERED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE